Jacobs vs. Beebe.

Jacobs, Respondent, vs. Beebe, Appellant.

*February 6 — February 23, 1897.*

*Appealable order.*

An order striking out a demurrer as being frivolous is not the same as one overruling a demurrer, within the meaning of ch. 212, Laws of 1895, and hence it is not appealable, even when made by the court.   An order refusing to vacate a chamber order is not appealable unless the original order would have been appealable if made by the court.

APPEAL from an order of the circuit court for Dane county: R. G. SIEBECKER, Circuit Judge. *Appeal dismissed.*

For the appellant there was a brief by *Bushnell, Rogers & Hall* and *G. S. Martin,* and a brief in reply and oral argument by *A. R. Bushnell.*

*Chas. N. Brown,* for the respondent.

WINSLOW, J. Upon motion made at chambers to strike out the defendant's demurrer to the complaint as frivolous, an order was made striking out the demurrer, with costs, and requiring an answer to be served within five days. Motion was thereupon made before the court to set aside the order made at chambers, but it was denied, and the defendant appealed from the last-named order.

The appeal must be dismissed, because the order is not appealable under ch. 212, Laws of 1895. An order striking out a demurrer as frivolous is not an order overruling a demurrer, within the meaning of that chapter, and hence is not appealable. *Gianella v. Bigelow,* 92 Wis. 267. Such an order not being appealable when made by the court, it follows that an order refusing to vacate it is not appealable. Orders refusing to vacate chamber orders are only appealable when the original order would have been appealable if made by the court. Subd. 4, sec. 1, ch. 212, *supra.*

*By the Court.*— Appeal dismissed.